AO 10
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Payne, Robert E | USDC EDVA Richmond | 08/13/2007 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Article III - Senior | ☐ Nomination, Date<br>☐ Initial ☒ Annual ☐ Final<br><br>5b. ☐ Amended Report | 01/01/2006<br>to<br>12/31/2006 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| United States District Court<br>1000 E Main Street, Suite 345<br>Richmond, Virginia 23219 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

[X] NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

RECEIVED 2007 AUG 14 A 10:45

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2006 | ● Geo. R. and Frances R. Acree Trusts |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Payne, Robert E | 08/13/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Intellectual Property Owner's Association | Travel, food and lodging to and from Chicago, Illinois (9/10/06-9/11/06) |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Payne, Robert E | 08/13/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]    NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X]    NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Payne, Robert E | 08/13/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Smith Barney Mgd Mun. Fd | A | Int./Div. | J | T | | | | | |
| 2. Smith Barney Rollover Mgd Acct ⬤ * | | | O | | See Attachment VII A | | | | |
| 3. Smith Barney Rollover Mgd Acct ⬤ * | | | M | T | See Attachment VII B | | | | |
| 4. Ninth & Cary Assoc | | | | | See Attachment VII C | | | | |
| 5. American Funds (Euro-Pacific Fund A) IRA | * | | | | See Attachment VII D | | | | |
| 6. Mallen Research Ltd Pshp | | | J | T | | | | | |
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

*An IRA does not generate income even if the stocks within the IRA are sold at a gain or pay dividend. There is, therefore, no income to report in the IRA. Nor is a gain or a dividend tax deferred income. However, Attachment B sets forth under the heading "B" entries reflecting dividends and interest paid within the IRA and under the heading "D" entries reflecting gains within the IRA.

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | ⬤ =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## ATTACHMENT VII A

This is a Smith Barney Rollover IRA account ███. The assets in it are purchased and sold, along with the assets of many others who hold similar accounts, in the discretion of the account managers at the brokerage firm. However, I have the authority to veto a particular purchase if it would create a conflict of interest in a pending action over which I am presiding at the time of purchase.

This IRA account has been reported every year since 1992 (the initial report) in a method authorized by the Committee's staff (e.g. letter to Judge Magill dated October 8, 1997). That authorized method reported no details on individual stocks in the IRA account. I continue to believe that the approved format used since 1992 is appropriate. However, by letter dated October 29, 1997, Judge Magill advised that "it would be helpful if you provided transaction information (the date and value code) for each purchase or sale of each asset in the account." Although that information is not, I think, required, it is being provided to be helpful. Hence, the format for reporting on this IRA account differs from that used in the years from 1992 through 1997.

As reported last year, all stocks in a similar account (49) were sold or transferred into this account. See 2005 Report, Attachment VII B.

## FINANCIAL DISCLOSURE REPORT
Page 5 of 25

| Name of Person Reporting | Date of Report |
|---|---|
| Payne, Robert E | 08/13/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

ALL STOCKS COMMON          STOCKS HELD AS OF 12/31/06

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Frontline Ltd | A | Int./Div. | J | T | | | | | |
| 19. Frontline Ltd | A | Int./Div. | J | T | Buy | 1/11 | J | | |
| 20. Frontline Ltd | A | Int./Div. | J | T | Buy | 3/8 | J | | |
| 21. Noble Corp | A | Int./Div. | J | T | | | | | |
| 22. Seagate Tech | A | Int./Div. | J | T | Buy | 3/2 | J | | |
| 23. Seagate Tech | A | Int./Div. | J | T | Buy | 3/3 | J | | |
| 24. Seagate Tech | A | Int./Div. | J | T | Buy | 11/16 | J | A | |
| 25. Weatherford Intl Ltd | | | J | T | | | | | |
| 26. ABN AMRO Hldg | A | Int./Div. | J | T | | | | | |
| 27. AFLAC Inc | A | Int./Div. | J | T | Buy | 3/15 | J | | |
| 28. AFLAC Inc | A | Int./Div. | J | T | | | | | |
| 29. Abbott Labs | A | Int./Div. | J | T | | | | | |
| 30. Air Prod & Chem. Inc | A | Int./Div. | J | T | | | | | |
| 31. Akt Electrolux Ltd | A | Int./Div. | J | T | | | | | |
| 32. Allied Irish Bks | A | Int./Div. | J | T | Buy | 1/6 | J | A | |
| 33. Alltel Corp | A | Int./Div. | J | T | | | | | |
| 34. Altria Grp | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

Please Note: Throughout Attachment A, the blank space indicates "NA" but the software does not permit that entry

# FINANCIAL DISCLOSURE REPORT

Page 6 of 25

| Name of Person Reporting | Date of Report |
|---|---|
| Payne, Robert E | 08/13/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

ALL STOCKS COMMON                    STOCKS HELD AS OF 12/31/06

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Amazon Com Inc | | | J | T | | | | | |
| 36. Amazon Com Inc | | | J | T | | | | | |
| 37. Amazon Com Inc. | | | J | T | Buy | 2/13 | J | A | |
| 38. Amazon Com Inc. | | | J | T | Buy | 5/11 | J | A | |
| 39. Amazon Com Inc. | | | J | T | Buy | 6/9 | J | A | |
| 40. Amazon Com Inc. | | | J | T | Buy | 8/10 | J | A | |
| 41. American Exp Co | A | Int./Div. | J | T | | | | | |
| 42. Am Intl Gp Inc | A | Int./Div. | J | T | | | | | |
| 43. Amgen Inc. | A | Int./Div. | J | T | | | | | |
| 44. Amgen Inc. | A | Int./Div. | J | T | Buy | 11/30 | J | A | |
| 45. Anadarko Petro Corp | A | Int./Div. | J | T | Buy | 7/6 | | | |
| 46. Autodesk Inc | A | Int./Div. | J | T | Buy | 1/10 | | | |
| 47. Autodesk Inc | A | Int./Div. | J | T | Buy | 11/16 | | | |
| 48. Avery Dennison Corp | A | Int./Div. | J | T | | | | | |
| 49. AXA S.A. | A | Int./Div. | J | T | | | | | |
| 50. BAE Sys PLC | A | Int./Div. | J | T | | | | | |
| 51. BP Plc | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B=$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G=$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 7 of 25

| Name of Person Reporting | Date of Report |
|---|---|
| Payne, Robert E | 08/13/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

ALL STOCKS COMMON          STOCKS HELD AS OF 12/31/06

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  BNP Paribas | A | Int./Div. | J | T | | | | | |
| 53.  BNP Paribas | A | Int./Div. | J | T | | | | | |
| 54.  Bk of America Corp | A | Int./Div. | J | T | | | | | |
| 55.  Bk of NY | A | Int./Div. | J | T | Buy | 4/12 | J | A | |
| 56.  Bed Bath & Beyond | | | J | T | | | | | |
| 57.  Biogen IDEC Inc | | | J | T | | | | | |
| 58.  Boeing Co | A | Int./Div. | J | T | | | | | |
| 59.  Br Am Tobacco PLC | A | Int./Div. | J | T | | | | | |
| 60.  Broadcom Corp | | | J | T | Buy | 7/12 | J | A | |
| 61.  CRH PLC | A | Int./Div. | J | T | | | | | |
| 62.  Cablevision Sys Corp | | | J | T | | | | | |
| 63.  Capital One Finl Corp | | | J | T | | | | | |
| 64.  Capital One Finl Corp | | | J | T | Buy | 8/14 | | | |
| 65.  Chubb Corp | A | Int./Div. | J | T | | | | | |
| 66.  Cisco Sys Inc | | | J | T | | | | | |
| 67.  Coca-Cola Co | A | Int./Div. | J | T | | | | | |
| 68.  Comcast Corp | | | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 8 of 25

| Name of Person Reporting | Date of Report |
|---|---|
| Payne, Robert E | 08/13/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

STOCKS HELD AS OF 12/31/06

ALL STOCKS COMMON

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Compass Grp | | | J | T | | | | | |
| 70. Comverse Tech Inc | | | J | T | | | | | |
| 71. Conoco Phillips | A | Int./Div. | J | T | | | | | |
| 72. Credit Suisse Grp | A | Int./Div. | J | T | | | | | |
| 73. Cree Inc | | | J | T | | | | | |
| 74. Cree Inc | | | J | T | | | | | |
| 75. Cree Inc | | | J | T | Buy | 9/12 | J | | |
| 76. Dell Inc | | | J | T | | | | | |
| 77. Walt Disney Co | A | Int./Div. | J | T | | | | | |
| 78. EI DuPont de Nemours & Co | | | J | T | Buy | 6/27 | J | A | |
| 79. EI Dupont de Nemours & Co | | | J | T | Buy | 8/9 | J | A | |
| 80. E Onag | | | | | | | | | |
| 81. E Onag | | | J | T | Buy | 7/12 | J | A | |
| 82. Echostar Commns Corp | | | J | T | | | | | |
| 83. Electronic Arts | | | J | T | | | | | |
| 84. Electronic Arts | | | J | T | Buy | 6/9 | | | |
| 85. Embarq Corp | | | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

# FINANCIAL DISCLOSURE REPORT

Page 9 of 25

| Name of Person Reporting | Date of Report |
|---|---|
| Payne, Robert E | 08/13/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

ALL STOCKS COMMON STOCKS HELD AS OF 12/31/06

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Embarq Corp | | | J | T | | | | | |
| 87. Embarq Corp | | | J | T | Buy | 6/21 | J | A | |
| 88. Ezpedia Inc | | | J | T | Buy | 6/9 | J | A | |
| 89. Forest Labs Inc | | | J | T | | | | | |
| 90. France Telecom SA | | | J | T | | | | | |
| 91. France Telecom SA | | | J | T | Buy | 1/24 | J | A | |
| 92. Genetech Inc | | | J | T | Buy | 2/7 | J | A | |
| 93. Genetech Inc | | | J | T | Buy | 4/6 | J | A | |
| 94. Genzyme Corp | | | J | T | | | | | |
| 95. Genzyme Corp | | | J | T | Buy | 4/5 | J | A | |
| 96. General Elec Co | A | Int./Div. | J | T | | | | | |
| 97. Glaxosmithkline PLC | A | Int./Div. | J | T | | | | | |
| 98. Goldman Sachs Grp | A | Int./Div. | J | T | | | | | |
| 99. Grant Prideco Inc | | | J | T | Buy | 2/28 | J | | |
| 100. HSBC Hldg PLC | A | Int./Div. | J | T | Buy | 5/4 | J | A | |
| 101. Halliburton Co Hldg | A | Int./Div. | J | T | | | | | |
| 102. HBOS PLC | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

# FINANCIAL DISCLOSURE REPORT

Page 10 of 25

| Name of Person Reporting | Date of Report |
|---|---|
| Payne, Robert E | 08/13/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

ALL STOCKS COMMON          STOCKS HELD AS OF 12/31/06

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  Henderson Land Dev Ltd | A | Int./Div. | J | T | | | | | |
| 104.  Home Depot Inc | | | J | T | | | | | |
| 105.  Home Depot Inc | | | J | T | Buy | 7/12 | J | A | |
| 106.  Honda Motor Co Ltd | A | Int./Div. | J | T | | | | | |
| 107.  IAC Interactive Corp | | | J | T | | | | | |
| 108.  ING Groep NV | A | Int./Div. | J | T | | | | | |
| 109.  Intel Corp | A | Int./Div. | J | T | | | | | |
| 110.  Intl Bus. Mach. Corp | A | Int./Div. | J | T | | | | | |
| 111.  JP Morgan Chase | A | Int./Div. | J | T | | | | | |
| 112.  Johnson & Johnson | | | J | T | | | | | |
| 113.  Kimberly Clark Corp | | | J | T | | | | | |
| 114.  Kingfisher PLC | A | Int./Div. | J | T | | | | | |
| 115.  Koninklijke Phillilps Elec | A | Distribution | J | T | | | | | |
| 116.  Kroger Co | | | J | T | | | | | |
| 117.  Lehman Bros Hldgs | A | Int./Div. | J | T | | | | | |
| 118.  Liberty Global Inc | | | J | T | Buy | 4/3 | J | A | |
| 119.  Liberty Media Hldg | | | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

# FINANCIAL DISCLOSURE REPORT

Page 11 of 26

| Name of Person Reporting | Date of Report |
| --- | --- |
| Payne, Robert E | 08/13/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

ALL STOCKS COMMON                    STOCKS HELD AS OF 12/31/06

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  Manulife Finl Corp | A | Int./Div. | J | T | | | | | |
| 121.  Marsh & McLennan Cos | | | J | T | Buy | 4/10 | J | A | |
| 122.  Marsh & McLennan Cos | | | J | T | Buy | 4/12 | J | A | |
| 123.  Marsh & McLennan Cos | | | J | T | Buy | 6/7 | J | A | |
| 124.  Marsh & McLennan Cos | | | J | T | Buy | 9/15 | J | A | |
| 125.  MASCO Corp | | | J | T | Buy | 2/23 | J | A | |
| 126.  MASCO Corp | | | J | T | Buy | 2/24 | J | A | |
| 127.  McDonalds Corp | | | J | T | | | | | |
| 128.  McDonalds Corp | | | J | T | Buy | 4/3 | J | A | |
| 129.  Mediaset SPA | | | J | T | Buy | 2/17 | | | |
| 130.  Mediaset SPA | | | J | T | Buy | 3/15 | | | |
| 131.  Mediaset SPA | | | J | T | Buy | 7/19 | | | |
| 132.  Merrill Lynch & Co | | | J | T | | | | | |
| 133.  Microsoft Corp | | | J | T | | | | | |
| 134.  Millenium Pharma Inc | | | J | T | Buy | 4/6 | J | A | |
| 135.  Newell Rubbermaid Inc | A | Int./Div. | J | T | | | | | |
| 136.  Nokia Corp | | | J | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
3. Value Method Codes    P3 =$25,000,001 - $50,000,000    R =Cost (Real Estate Only)    P4 =More than $50,000,000    T =Cash Market
(See Column C2)    Q =Appraisal    V =Other    S =Assessment
U =Book Value    W =Estimated

# FINANCIAL DISCLOSURE REPORT

Page 12 of 25

| Name of Person Reporting | Date of Report |
|---|---|
| Payne, Robert E | 08/13/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

ALL STOCKS COMMON          STOCKS HELD AS OF 12/31/06

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Novartis AG ADR | | | J | T | | | | | |
| 138. Posco Spon ADR | | | J | T | | | | | |
| 139. Posco Spon ADR | | | J | T | Buy | 1/13 | J | A | |
| 140. Pall Corp | A | Int./Div. | J | T | | | | | |
| 141. Parker-Hannifin Corp | A | Int./Div. | J | T | Buy | 5/16 | J | A | |
| 142. Pepsico Inc | A | Int./Div. | J | T | Buy | 2/7 | J | | |
| 143. Petrochina Co Ltd | A | Int./Div. | J | T | | | | | |
| 144. Pfizer Inc | | | J | T | | | | | |
| 145. Proctor & Gamble Co | A | Int./Div. | J | T | Buy | 1/5 | J | A | |
| 146. Publicis Groupe ADR | A | Int./Div. | J | T | Buy | 1/6 | J | A | |
| 147. Raytheon Co | A | Int./Div. | J | T | | | | | |
| 148. Rio Tinto PLC | | | J | T | Buy | 5/19 | J | A | |
| 149. Rio Tinto PLC | | | J | T | Buy | 11/16 | J | A | |
| 150. Royal Dutch Shell PLC | A | Int./Div. | J | T | | | | | |
| 151. Royal Dutch Shell PLC | A | Int./Div. | J | T | Buy | 3/3 | J | A | |
| 152. SK Telecom Ltd | A | Int./Div. | J | T | | | | | |
| 153. St Paul Travelers Cos | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 13 of 26

| Name of Person Reporting | Date of Report |
|---|---|
| Payne, Robert E | 08/13/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

ALL STOCKS COMMON STOCKS HELD AS OF 12/31/06

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Sandisk Corp | | | J | T | | | | | |
| 155. Sandisk Corp | | | J | T | Buy | 10/20 | J | | |
| 156. Sanofi-Aventis Spons | | | J | T | | | | | |
| 157. Sanofi-Aventis Spons | | | J | T | Buy | 5/22 | J | A | |
| 158. Sempra Energy | | | J | T | | | | | |
| 159. Sempra Entergy | | | J | T | Buy | 5/3 | J | A | |
| 160. Shinhan Finl Corp | | | J | T | | | | | |
| 161. Sprint Nextel | | | J | T | | | | | |
| 162. Sprint Nextel | | | J | T | Buy | 10/10 | J | A | |
| 163. Stolt Nielsen SA | | | J | T | Buy | 3/7 | J | | |
| 164. Stolt Nielsen SA | | | J | T | Buy | 4/19 | J | A | |
| 165. Stolt Nielsen SA | | | J | T | Buy | 6/6 | J | A | |
| 166. Stolt Nielsen SA | | | J | T | Buy | 9/28 | J | A | |
| 167. Suez SA Spon | A | Int./Div. | J | T | | | | | |
| 168. Suncor Energy Inc | A | Int./Div. | J | T | | | | | |
| 169. Syngenta AG ADR | A | Int./Div. | J | T | | | | | |
| 170. TNT NV Spon | A | Int./Div. | J | T | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000

3. Value Method Codes: (See Column C2)
P3 =$25,000,001 - $50,000,000    R =Cost (Real Estate Only)    P4 =More than $50,000,000    T =Cash Market
Q =Appraisal    V =Other    S =Assessment
U =Book Value    W =Estimated

# FINANCIAL DISCLOSURE REPORT

Page 14 of 25

| Name of Person Reporting | Date of Report |
|---|---|
| Payne, Robert E | 08/13/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

ALL STOCKS COMMON        STOCKS HELD AS OF 12/31/06

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 171. Technip ADR | | | J | T | Buy | 8/2 | J | A | |
| 172. Technip ADR | | | J | T | Buy | 8/3 | J | A | |
| 173. Telefonica SA | | | J | T | | | | | |
| 174. Telefonica SA | | | J | T | Buy | 7/19 | J | A | |
| 175. Telenor ASA | A | Int./Div. | J | T | | | | | |
| 176. Texas Inst Inc | | | J | T | | | | | |
| 177. Textron Inc | | | J | T | | | | | |
| 178. Time Warner Inc | | | K | T | | | | | |
| 179. Total SA | | | J | T | | | | | |
| 180. Total SA | | | J | T | Buy | 2/15 | J | A | |
| 181. Tyco Intl Ltd | A | Int./Div. | J | T | | | | | |
| 182. Unilever PLC | A | Int./Div. | J | T | | | | | |
| 183. United Health Grp | | | J | T | | | | | |
| 184. Vinci SA | A | Int./Div. | J | T | Buy | 5/3 | J | A | |
| 185. Vodafone Gp PLC | A | Int./Div. | J | T | | | | | |
| 186. WalMart Stores Inc | | | J | T | Buy | 6/14 | J | | |
| 187. WalMart Stores Inc | | | J | T | Buy | 7/19 | J | A | |

1. Income Gain Codes: (See Columns B1 and D4) — A =$1,000 or less; B =$1,001 - $2,500; C =$2,501 - $5,000; D =$5,001 - $15,000; E =$15,001 - $50,000; F =$50,001 - $100,000; G =$100,001 - $1,000,000; H1 =$1,000,001 - $5,000,000; H2 =More than $5,000,000
2. Value Codes: (See Columns C1 and D3) — J =$15,000 or less; K =$15,001 - $50,000; L =$50,001 - $100,000; M =$100,001 - $250,000; N =$250,001 - $500,000; O =$500,001 - $1,000,000; P1 =$1,000,001 - $5,000,000; P2 =$5,000,001 - $25,000,000; P3 =$25,000,001 - $50,000,000; P4 =More than $50,000,000
3. Value Method Codes (See Column C2) — Q =Appraisal; R =Cost (Real Estate Only); S =Assessment; T =Cash Market; U =Book Value; V =Other; W =Estimated

## FINANCIAL DISCLOSURE REPORT

Page 15 of 26

| Name of Person Reporting | Date of Report |
|---|---|
| Payne, Robert E | 08/13/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

ALL STOCKS COMMON STOCKS HELD AS OF 12/31/06

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. WalMart Stores Inc | | | J | T | Buy | 7/19 | J | A | |
| 189. Wellpoint Inc | A | Int./Div. | J | T | | | | | |
| 190. Wells Fargo & Co | A | Int./Div. | J | T | | | | | |
| 191. Wm Wrigley Jr Co | A | Int./Div. | J | T | | | | | |
| 192. Yahoo Inc | | | J | T | | | | | |
| 193. Yahoo Inc | | | J | T | Buy | 3/29 | J | | |
| 194. Yahoo Inc | | | J | T | Buy | 10/2 | J | A | |
| 195. Zurich Finl Svcs | A | Int./Div. | J | T | | | | | |
| 196. | | | | | | | | | |
| 197. ALL STOCKS COMMON | | | | | STOCKS SOLD IN 2006 | | | | |
| 198. ACOM Co Ltd | | | | | Buy | 1/18 | J | | |
| 199. ACOM Co Ltd | | | | | Sell | 10/13 | J | | |
| 200. Air Prod & Chem | A | Int./Div. | | | Sell | 12/6 | J | A | |
| 201. Alumina Ltd | | | | | Sell | 1/24 | J | A | |
| 202. Alumina Ltd | | | | | | 1/11 | J | A | |
| 203. Alumina Ltd | | | | | | 1/23 | J | A | |
| 204. Alumina Ltd | | | | | Sell | 1/17 | J | A | |

1. Income Gain Codes:  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
(See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
(See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
3. Value Method Codes  P3 =$25,000,001 - $50,000,000  R =Cost (Real Estate Only)  P4 =More than $50,000,000
(See Column C2)  Q =Appraisal  V =Other  S =Assessment  T =Cash Market
U =Book Value  W =Estimated

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Payne, Robert E | 08/13/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

ALL STOCKS COMMON                                                    STOCKS SOLD IN 2006

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 205. Alumina Ltd | | | | | Sell | 2/2 | J | A | |
| 206. Alumina Ltd | | | | | Sell | 1/19 | J | A | |
| 207. Am Intl Gp Inc | | | | | Sell | 12/6 | J | A | |
| 208. Am Intl Gp Inc | | | | | Sell | 6/26 | J | A | |
| 209. Am Intl Gp Inc. | | | | | Sell | 12/6 | J | A | |
| 210. Amgen Inc | | | | | Sell | 12/6 | J | A | |
| 211. Arkema Spon ADR | | None | | | Sell | 6/6 | J | A | |
| 212. Arkema Spon ADR | | | | | Buy | 2/5 | J | A | |
| 213. Arkema Spon ADR | | | | | Sell | 6/6 | J | | |
| 214. AT&T Inc | | | | | Sell | 6/5 | J | | |
| 215. AT&T Inc | | | | | Sell | 6/6 | J | | |
| 216. AT&T Inc | | | | | Sell | 12/6 | J | A | |
| 217. Autodesk Inc | | | | | Buy | 1/10 | J | A | |
| 218. Autodesk Inc | | | | | Sell | 12/6 | J | | |
| 219. Avery Dennison Corp | A | Int./Div. | | | Sell | 12/6 | J | A | |
| 220. AXA SA Spon | | | | | Buy | 6/21 | J | A | |
| 221. AXA SA Spon | A | Int./Div. | | | Sell | 7/18 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Payne, Robert E | 08/13/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

ALL STOCKS COMMON          STOCKS SOLD IN 2006

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. BAA PLC | A | Int./Div. | | | Sell | 3/2 | J | A | |
| 223. BAA PLC | A | Int./Div. | | | Sell | 2/8 | J | A | |
| 224. BAA PLC | A | Int./Div. | | | Sell | 3/3 | J | A | |
| 225. BAA PLC | A | None | | | Sell | 2/21 | J | A | |
| 226. Bk of America Corp | A | Int./Div. | | | Sell | 6/27 | J | A | |
| 227. Bk of America Corp | A | Int./Div. | | | Sell | 6/26 | J | A | |
| 228. Biogen IDEC Inc | | | | | Sell | 12/6 | J | A | |
| 229. BNP Paribas Spon | | | | | Buy | 4/3 | J | A | |
| 230. BNP Paribas Spon | A | Int./Div. | | | Sell | 4/3 | J | A | |
| 231. Boeing Co | A | Int./Div. | | | Sell | 12/6 | J | B | |
| 232. Broadcom Corp | | | | | Buy | 7/12 | J | A | |
| 233. Broadcom Corp | | | | | Sell | 12/6 | J | A | |
| 234. BT Group PLC | A | Int./Div. | | | Sell | 8/16 | J | A | |
| 235. Burlington Res Inc | A | Int./Div. | | | Sell | 3/31 | J | A | |
| 236. Canon Inc | A | Int./Div. | | | Sell | 5/26 | J | A | |
| 237. Canon Inc | A | Int./Div. | | | Sell | 8/8 | J | A | |
| 238. Capital One Finl Corp | | | | | Sell | 3/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

Page 18 of 26

| Name of Person Reporting | Date of Report |
| --- | --- |
| Payne, Robert E | 08/13/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

ALL STOCKS COMMON                                              STOCKS SOLD IN 2006

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. Carrefour-Eur | | | | | Sell | 12/14 | J | A | |
| 240. Carrefour-Eur | | | | | Sell | 8/8 | J | A | |
| 241. Centrica PLC | | | | | Sell | 2/15 | J | A | |
| 242. Chiron Corp | | | | | Sell | 4/21 | J | A | |
| 243. Chubb Corp | A | Int./Div. | | | Sell | 12/6 | J | A | |
| 244. Cisco Sys Inc | A | Int./Div. | | | Sell | 12/6 | J | A | |
| 245. Comcast Corp | | | | | Sell | 12/6 | J | A | |
| 246. Compass Gp PLC | A | Int./Div. | | | Sell | 9/21 | J | A | |
| 247. Conoco Phillips | A | Int./Div. | | | Sell | 4/4 | J | A | |
| 248. CRH PLC | A | Int./Div. | | | Sell | 2/1 | J | A | |
| 249. Dell Inc | | | | | Sell | 12/6 | J | A | |
| 250. Electronic Arts | | | | | Sell | 12/6 | J | A | |
| 251. Embarq Corp | | | | | Sell | 6/6 | J | A | |
| 252. Forest Labs Inc | | | | | Sell | 12/6 | J | A | |
| 253. Frontline Ltd | | | | | Sell | 12/6 | J | A | |
| 254. Frontline Ltd | | | | | Sell | 7/3 | J | | |
| 255. General Elec Co | A | Int./Div. | | | Sell | 12/6 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Payne, Robert E | 08/13/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

ALL STOCKS COMMON                    STOCKS SOLD IN 2006

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. Glaxosmithkline PLL | | | | | Sell | 5/22 | J | A | |
| 257. Golden West Finl Corp | | | | | Sell | 10/3 | J | A | |
| 258. Goldman Sachs Gp | A | Int./Div. | | | Sell | 12/6 | J | A | |
| 259. Goldman Sachs GP | A | Int./Div. | | | Sell | 8/2 | J | A | |
| 260. Home Dept Inc | | | | | Sell | 12/6 | J | A | |
| 261. Husqvarna AB-SEK | | | | | Sell | 11/16 | J | A | |
| 262. IAC Interactive Corp | | | | | Sell | 12/6 | J | | |
| 263. Intel Corp | A | Int./Div. | | | Sell | 12/6 | J | | |
| 264. Intl Bus Mach Corp | | | | | Sell | 9/5 | J | | |
| 265. Intl Bus Mach Corp | | | | | Sell | 12/6 | J | A | |
| 266. JC Penney Co Inc | | | | | Sell | 12/16 | J | A | |
| 267. Johnson & Johnson | | | | | Sell | 12/6 | J | A | |
| 268. Johnson & Johnson | | | | | Sell | 6/16 | J | A | |
| 269. JP Morgan Chase | | | | | Sell | 12/6 | J | A | |
| 270. Kroger Co | | | | | Sell | 7/18 | J | A | |
| 271. Kroger Co | | | | | Sell | 7/10 | J | A | |
| 272. Lehman Bros Hldgs | A | Int./Div. | | | Sell | 12/6 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

# FINANCIAL DISCLOSURE REPORT
Page 20 of 26

| Name of Person Reporting | Date of Report |
|---|---|
| Payne, Robert E | 08/13/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

ALL STOCKS COMMON          STOCKS SOLD IN 2006

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. Liberty Global Inc | | | | | Buy | 4/3 | J | A | |
| 274. Liberty Global Inc | | | | | Sell | 6/21 | J | A | |
| 275. Liberty Media Hldg | | | | | Sell | 12/6 | J | A | |
| 276. McDonalds Corp | | | | | Sell | 12/6 | J | A | |
| 277. Merrill Lynch & Co | | | | | Sell | 12/6 | J | A | |
| 278. Microsoft Corp | | | | | Sell | 12/6 | J | | |
| 279. Newell Rubbermaid Inc | A | Int./Div. | | | Sell | 5/16 | J | A | |
| 280. News Corp | | | | | Sell | 5/18 | J | A | |
| 281. News Corp | | | | | Sell | 12/6 | J | A | |
| 282. Pall Corp | A | Int./Div. | | | Sell | 12/6 | J | A | |
| 283. Petrochina Co Ltd | | | | | Sell | 12/6 | J | A | |
| 284. Petrochina Co Ltd | | | | | Sell | 3/3 | J | A | |
| 285. Petrochina Co Ltd | | | | | Sell | 12/28 | J | A | |
| 286. Petrochina Co Ltd | | | | | Sell | 4/20 | J | A | |
| 287. Pfizer Inc | | | | | Sell | 12/6 | J | | |
| 288. Pfizer Inc | | | | | Sell | 8/9 | J | | |
| 289. Pfizer Inc | | | | | Sell | 8/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| Page 21 of 26 | Payne, Robert E | 08/13/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

ALL STOCKS COMMON       STOCKS SOLD IN 2006

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. Portugal Telecom Spon | | | | | Sell | 2/7 | J | A | |
| 291. Portugal Telecom Spon | | | | | Sell | 2/17 | J | A | |
| 292. Portugal Telecom Spon | | | | | Sell | 3/3 | J | A | |
| 293. Posco Spon | | | | | Sell | 11/27 | J | A | |
| 294. Posco Spon | | | | | Sell | 3/30 | J | A | |
| 295. Proctor & Gamble Co | | | | | Buy | 1/5 | J | A | |
| 296. Proctor & Gamble Co | A | Int./Div. | | | Sell | 12/6 | J | A | |
| 297. Proctor & Gamble Co | A | Int./Div. | | | Sell | 3/28 | J | A | |
| 298. Raytheon Co | A | Int./Div. | | | Sell | 4/17 | J | A | |
| 299. Rogers Comm Inc | | | | | Buy | 2/17 | J | A | |
| 300. Rogers Comm Inc | | | | | Buy | 3/30 | J | A | |
| 301. Rogers Comm Inc | | | | | Sell | 12/1 | J | A | |
| 302. Royal Dutch Shell PLC | | | | | Sell | 6/6 | J | A | |
| 303. Sanofi-Aventis | | | | | Sell | 3/22 | J | A | |
| 304. Sara Lee Corp | | | | | Sell | 5/25 | J | | |
| 305. Seagate Tech | | | | | Buy | 3/2 | J | A | |
| 306. Seagate Tech | | | | | Buy | 3/3 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

# FINANCIAL DISCLOSURE REPORT

Page 22 of 26

| Name of Person Reporting | Date of Report |
|---|---|
| Payne, Robert E | 08/13/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

ALL STOCKS COMMON                    STOCKS SOLD IN 2006

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. Seagate Tech | | | | | Sell | 5/22 | J | | |
| 308. Sempra Energy | | | | | Sell | 10/30 | J | A | |
| 309. Ship Finance Intl | | | | | Buy | 3/22 | | | |
| 310. Ship Finance Intl | | | | | Sell | 4/13 | J | | |
| 311. Ship Finance Intl | | | | | Sell | 4/7 | J | | |
| 312. Siemens AG | | | | | Buy | 4/12 | J | A | |
| 313. Siemens AG | | | | | Buy | 4/13 | J | A | |
| 314. Siemens AG | | | | | Buy | 5/18 | J | A | |
| 315. Siemens AG | | | | | Sell | 7/7 | J | | |
| 316. Sprint Nextel | | | | | Sell | 12/6 | J | | |
| 317. St Paul Travelers | | | | | Sell | 12/6 | J | A | |
| 318. Suez SA Spon | A | Int./Div. | | | Sell | 3/15 | J | A | |
| 319. Suez SA Spon | A | Int./Div. | | | Sell | 3/3 | J | A | |
| 320. Suncor Energy | A | Int./Div. | | | Sell | 12/6 | J | A | |
| 321. Syngenta AG | A | Int./Div. | | | Sell | 9/27 | J | A | |
| 322. Tate & Lyle PLC | | | | | Sell | 4/17 | J | A | |
| 323. Telecom Corp New Z | | | | | Sell | 4/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

# FINANCIAL DISCLOSURE REPORT
Page 23 of 26

| Name of Person Reporting | Date of Report |
| --- | --- |
| Payne, Robert E | 08/13/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

ALL STOCKS COMMON         STOCKS SOLD IN 2006

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324.  Telenor ASA | A | Int./Div. | | | Sell | 5/23 | J | A | |
| 325.  Textron Inc | A | Int./Div. | | | Sell | 12/6 | J | A | |
| 326.  Time Warner Inc | | | | | Sell | 12/6 | J | | |
| 327.  Total SA | | | | | Sell | 12/6 | J | A | |
| 328.  Tyco Intl Ltd | A | Int./Div. | | | Sell | 12/6 | J | A | |
| 329.  United Overseas Bk | | | | | Buy | 5/4 | J | A | |
| 330.  United Overseas Bk | | | | | Sell | 11/7 | J | A | |
| 331.  United Overseas Bk | | | | | Sell | 7/19 | J | | |
| 332.  Vivendi SA | | | | | Buy | 3/6 | J | A | |
| 333.  Vivendi SA | | | | | Sell | 5/2 | J | A | |
| 334.  Vodafone Gp PLC | A | Int./Div. | | | Sell | 7/31 | J | | |
| 335.  Wachovia Corp | | | | | Sell | 11/16 | J | | |
| 336.  Wachovia Corp | | | | | Sell | 10/6 | J | A | |
| 337.  Wachovia Corp | | | | | Sell | 11/16 | J | | |
| 338.  Wachovia Corp | | | | | Sell | 10/6 | J | A | |
| 339.  Walt Disney Co | A | Int./Div. | | | Sell | 12/6 | J | A | |
| 340.  Walt Disney Co | A | Int./Div. | | | Sell | 3/28 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 24 of 26

| Name of Person Reporting | Date of Report |
|---|---|
| Payne, Robert E | 08/13/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

ALL STOCKS COMMON          STOCKS SOLD IN 2006

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. Wells Fargo & Co | A | Int./Div. | | | Sell | 8/8 | J | A | |
| 342. Wells Fargo & Co | A | Int./Div. | | | Sell | 8/7 | J | A | |
| 343. Windstream Corp | | | | | Sell | 8/2 | J | A | |
| 344. Windstream Corp | | | | | Sell | 7/27 | J | A | |
| 345. WPP Group PLC | | | | | Sell | 1/5 | J | A | |
| 346. | | | | | | | | | |
| 347. | | | | | | | | | |
| 348. | | | | | | | | | |
| 349. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

ATTACHMENT VII B

This is a Smith Barney Rollover IRA account ⬛. In December 1998, the manager of the account was changed, hence the change in designation from "GSB" (the manager since 1992) to SBAM (the new manager effective December 1998). The account manager was changed again in October 2005 and, at that time, all stocks in the account were either sold or transferred to Account No. ⬛ (see Attachment VII A). Accordingly, there were no stocks in the account at the end of the reporting period.

However, in 2006, cash assets (Value Code L) were transferred from one IRA (No. ⬛) to this account (No. ⬛) where it is held in the Western Asset Money Market Fund and was, at 12/31/06, in Value Code M.

**ATTACHMENT VII C**

In 1987, while a member of McGuire, Woods, Battle & Boothe (the "Law Firm"), I, like all other equity partners then in the Law Firm, became a limited partner in Ninth & Cary Associates Limited Partnership ("NCA"), a Virginia limited partnership. NCA was a limited partner in One James Center Associates, a Virginia limited partnership that owned the office building in Richmond, Virginia known as "One James Center" and its associated parking deck.

I never had any participation in the management of NCA. In 2005, I received passive income from NCA of income code E and ordinary income of income code A. My share (which in 2006 was 1.337%) is, in large part, determined by prior years' service at the Law Firm as an equity partner. That share is expected to decrease over time because of my withdrawal from the Law Firm. It is not possible to affix a value to this inchoate interest in NCA.

In 2005, One James Center Associates sold the building and, from the proceeds of that sale I received a distribution of income code G. In 2006, I received distributions of interest (Code 1) from NCA which were paid from payments made by the Law Firm on its debt for furnishings financed in 1997 by NCA.

**ATTACHMENT VII D**

As reported in Section VII, ███████ has an IRA with The American Funds (Europacific Fund A), a mutual fund over she has no say and the holdings of which she does not know. My America Funds IRA was rolled into Account 48 (see schedule VII A) in October 2005 (see Attachment VII A, l. 177). ███████ America Funds IRA is now held by Smith Barney.

| Name of Person Reporting | Date of Report |
| --- | --- |
| Payne, Robert E | 08/13/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Payne, Robert E | 08/13/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____          Date____*August 13, 2007*

NOTE: ANY INDI████████████████████████████ES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544